**Order entered October 16, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01088-CR

### POLYCARP OIGO ONCHOKE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F19-00423-X**

## ORDER

We **REINSTATE** this appeal.

We abated for the trial court to conduct a hearing to determine whether appellant is entitled to court-appointed counsel in this appeal. On October 15, 2019, the clerk's record, including the trial court's appointment of counsel, was filed. We **DIRECT** the Clerk to list J. Daniel Oliphant as appointed counsel for appellant.

The clerk's record and reporter's record have been filed. Appellant's brief is **DUE** by November 15, 2019.

We **DIRECT** the Clerk to send copies of this order to the Honorable Jeanine Howard, Presiding Judge, Criminal District Court No. 6; to J. Daniel Oliphant; and to the Dallas County District Attorney's Office, Appellate Division.

/s/    CORY L. CARLYLE
        JUSTICE